DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRIDE CLEAN RESTORATION, INC.** a/a/o **VICTOR VOLYANSKIY,**
Appellant,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** and
**CAMERON ANDERS,**
Appellees.

No. 4D19-1581

[May 14, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 18-026322.

Jamie Martin and Jose P. Font of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Patrick E. Betar and William S. Berk of Berk, Merchant & Sims, PLC, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***